UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
**Newark Division**

| | |
|---|---|
| IOAN MUNTEAN, <br><br> *Petitioner*, <br><br> v. <br><br> KRISTI NOEM, *et al.*, <br><br> *Respondents.* | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:25-cv-14868-ES <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**ORDER**

Petitioner Ioan Muntean having petitioned the Court pursuant to 28 U.S.C. § 2241 for a writ of habeas corpus and immediate release (D.E. No. 1), the parties having briefed the issue, Respondents having moved to seal (D.E. No. 10), Petitioner having moved for a preliminary injunction (D.E. No. 17), and the Court having heard argument on November 17, 2025,

**IT IS** for the reasons set forth on the record on this 17th day of November, 2025, and for good cause shown,

**ORDERED** that the Petition for Writ of Habeas Corpus (D.E. No. 1), Counts 1 and 3 shall be **GRANTED**, and Petitioner shall be immediately released from Respondents' custody and his Form I-220B Order of Supervision dated May 15, 2020 shall be restored; and it is further

**ORDERED** that the Petition for Writ of Habeas Corpus (D.E. No. 1), Counts 2 and 4 shall be **DENIED** as moot; and it is further

**ORDERED** that Respondents' Motion to Seal (D.E. No. 10) shall be **GRANTED**; and it is further

**ORDERED** that Petitioner's Motion for a Preliminary Injunction (D.E. No. 17) shall be **DENIED** as moot; and it is finally

**ORDERED** that the Clerk of Court shall mark this matter **CLOSED**.

_____
HON. ESTHER SALAS
United States District Judge